IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| WOF SW GGP 1, LLC, a Delaware limited liability company, | No. 3:18-cv-01475-AC |
| Plaintiff, | ORDER |
| v. | |
| QUASAR ENERGY GROUP, LLC, an Ohio Limited liability company, | |
| Defendant. | |

HERNÁNDEZ, District Judge:

Magistrate Judge Acosta issued a Findings and Recommendation [28] on June 3, 2019 in which he recommends the Court grant Plaintiff's Motion for Remand [16], remand the case to Multnomah County Circuit Court, and deny all other pending motions as moot. Defendant filed timely objections to the Findings and Recommendation. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Defendant's objections and concludes that the objections do not provide a basis to modify the recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court adopts Magistrate Judge Acosta's Findings and Recommendation [28]. Plaintiff's Motion for Remand [16] is GRANTED, and this case is remanded to Multnomah County Circuit Court. All other pending motions all DENIED as MOOT. Defendant shall have 14 days to file a formal motion for stay pending an appeal. The Clerk is ordered to withhold entering final judgment in this case for 14 days or until the Court has resolved any formal motions for a stay, whichever is later.

IT IS SO ORDERED.

DATED this 11 day of November, 2019.

MARCO A. HERNÁNDEZ
United States District Judge